LAWRENCE G. COPELAND, TRUSTEE, ET AL. *v.* PLANNING AND ZONING COMMISSION OF TOWN OF CHESHIRE ET AL.

The petition of the named defendant for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*John K. Knott, Jr.,* in support of the petition.

*Roger J. Frechette,* in opposition.

The petition of the intervening defendant J. Cunningham, Inc., for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Anthony M. Fitzgerald,* in support of the petition.

*Roger J. Frechette,* in opposition.

Submitted January 12—decided January 21, 1976

JOSEPH DUKSA *v.* CITY OF MIDDLETOWN ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Waldemar J. Lach,* for the appellee (plaintiff).

*Francis H. O'Neill,* city attorney, for the appellants (defendants).

Argued February 3—decided February 3, 1976

URBAN RENEWAL AGENCY OF THE CITY OF WATERBURY *v.* SAMUEL D. SALVATORE

The plaintiff's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is denied.

*Richard Bruno,* for the appellee (plaintiff).

*William J. St. John, Jr.,* for the appellant (defendant).

Argued February 3—decided February 3, 1976